UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINCENT R. POLISI, II,

    Plaintiff,

v.      Case No: 6:25-cv-00256-WWB-LHP

GOVERNOR RON DESANTIS,

    Defendant

## ORDER

This cause comes before the Court on Plaintiff's Motion for Permission to File Electronically. Doc. No. 4. Based on the representations made therein, Plaintiff's motion (Doc. No. 4) is **GRANTED**. The Court will permit Plaintiff to file electronically in this case, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1] Plaintiff must also comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders. Failure to comply may result in the removal of electronic filing privileges.

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties