**VA**  Victoria Avalon<vavalon@SAO10.COM>

To: You;  vincent@vincentpolisi.com;  vpolisi@gmail.com

Wed 5/21/2025 11:39 AM

Cc: Brian Haas;  Jacob Orr;  Melissa Lasater;  Allison Fox;  Scott A. Matthews;  Richard W. Harris;  +1 other

❗ High importance

Mr. Polisi:

I am Director of Appellate and Civil Litigation for the Office of the State Attorney, Tenth Judicial Circuit. In that capacity, I represent the Office and Tenth Circuit State Attorney, the Honorable Brian Haas, in civil litigation as the Office's internal counsel. I also function as the Office's agent for service of civil process.

I direct you to cease sending any communications to Mr. Haas immediately. You may send such communications to me. My electronic service addresses are noted in the service receipt from the E-Portal as to your motion to disqualify the State Attorney's Office, and Melissa Lasater, who is copied here, is my secretary. For your convenience, those addresses are vavalon@sao10.com, mlasater@sao10.com, and appeals.felonypolk@sao10.com. Rest assured that I will discuss any of your communications that I deem necessary of such consultation with Mr. Haas.

As to service of legal documents in your pending misdemeanor case MM25-1732, you are directed to cease communicating with ASA Scott Matthews, ASA Robert Pyle, and ASA Richard Harris at once. You should serve legal documents in your misdemeanor case upon myself, ASA Allison Fox, afox@sao10.com , and to ASA Courtney Durden, who may be served by way of the e-service addresses cdurden@sao10.com and felonypolk@sao10.com . ASA Fox, ASA Durden, and I are the only personnel in our office whom you should attempt to contact regarding your case until further notice.

Sincerely,

Victoria J. Avalon
Assistant State Attorney
Director of Appellate and Civil Litigation
State Attorney's Office, 10th Judicial Circuit
P.O. Box 9000-SA
Bartow, FL 33831-9000
vavalon@sao10.com
(863) 534-4800
E-service: appeals.felonypolk@sao10.com

**Exhibit B**
**Email From Avalon to Plaintiff**
**Announcing dual-role as lead prosecutor and**
**civil liability counsel for State Attorney Brian Haas**
**in a 2nd degree misdemeanor criminal case**